IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:12 CV 00049 -FL

TUAN H. NGUYEN, )
　)
　　Plaintiff, )
　)
v. ) **ORDER SUBSTITUTING**
　) **MEDIATOR AND MODIFYING**
AUSTIN QUALITY FOODS, INC., ) **CASE MANAGEMENT ORDER**
KEEBLER COMPANY and )
KELLOGG COMPANY, )
　)
　　Defendants. )

It appearing to the Court, upon Joint Motion of the parties, that attorney Ken Carlson should be substituted to mediate this dispute in place of Jon Harkavy, it is ORDERED, pursuant to Local Rule 101.1(c)(a) that Ken Carlson is hereby appointed mediator in the above entitled action.

It is further ORDERED pursuant to Federal Rule of Civil Procedure 2(f) that the Case Management Order be modified as follows:

(a)　that the mediation deadline be extended through September 27, 2012;

(b)　that disclosures required by Federal Rule of Civil Procedure 26(a)(2), including reports from retained experts shall be served by Plaintiff by November 1, 2012, and by Defendants by December 1, 2012. Disclosures and reports by any rebuttal experts shall be served by December 15, 2012.

The remainder of the Case Management Order entered in this action, not otherwise inconsistent with this Order, shall remain in effect.

SO ORDERED, this the 6th day of August, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge